IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION


FILED
JUL 11 2018
Clerk, U.S District Court
District Of Montana
Missoula

In the Matter of the Search of:

Facebook profile for Treblinka Dolan with the following URL: https://www.facebook.com/Treblinka4444

MJ-18-37-M-JCL

ORDER

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 11th day of July, 2018.

Jeremiah C. Lynch
United States Magistrate Judge